**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,,** *et al.*,<br><br>    Defendants. | Case No.: 13-CV-0727 YGR<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE AND NOTICE OF TENTATIVE CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Case Management Conference currently set for Monday, July 15, 2013, is **CONTINUED** to **Monday, July 22, 2013 at 2:00 p.m.**

The Court has reviewed the parties' Joint Case Management Statement and believes the case can proceed under the schedule set forth below.  If these dates are acceptable to all parties, they may file a **JOINT** Stipulation to the proposed dates by **no later than Monday, July 15, 2013.**  Upon receipt, the Court will confirm the dates in a separate order and the continued conference scheduled for Monday, July 22, 2013, will be taken off calendar.  If a JOINT Stipulation is not filed, the conference will go forward as scheduled and the parties will be required to appear.

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 18, 2013, at 2:00 p.m. |
| REFERRED TO ADR FOR **MANDATORY** PRIVATE MEDIATION TO BE COMPLETED BY: | August 31, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | July 31, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | February 7, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 24, 2014<br>Rebuttal: February 7, 2014 |

| EXPERT DISCOVERY CUTOFF: | February 28, 2014 |
|---|---|
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | March 11, 2014 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, May 9, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 16, 2014 |
| PRETRIAL CONFERENCE: | Friday, May 30, 2014 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 16, 2014 at 8:30 a.m. for 5 days<br>Jury Trial |

The Court's Pretrial Instructions in Civil Cases have significant requirements, including various deadlines to prepare for trial. At a minimum, trial counsel are required to make exchanges twenty-eight days in advance of the Pretrial Conference and to <u>meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. However, in certain cases, more time may be necessary to prepare in light of the complexities of the case.

A Compliance Hearing is set to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action. Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.