**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDS AGAINST HUMANITY, LLC,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>LOFTEK TECHNOLOGICAL CO., LLC,, *et al.*,<br><br>　　Defendants. | Case No.: 13-CV-0727 YGR<br><br>CASE MANAGEMENT AND PRETRIAL ORDER |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 18, 2013, at 2:00 p.m. |
| REFERRED TO ADR FOR **MANDATORY** COURT MEDIATION, TO BE COMPLETED BY: | September 30, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | August 31, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | February 7, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 24, 2014<br>Rebuttal: February 7, 2014 |
| EXPERT DISCOVERY CUTOFF: | February 28, 2014 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | March 11, 2014 |
| COMPLIANCE HEARING<br>(*See* PAGE 2) | Friday, May 9, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 16, 2014 |
| PRETRIAL CONFERENCE: | Friday, May 30, 2014 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| TRIAL DATE AND LENGTH: | Monday, June 16, 2014 at 8:30 a.m. for 5 days<br>Jury Trial |
|---|---|

The Court's Pretrial Instructions in Civil Cases have significant requirements, including various deadlines to prepare for trial.  At a minimum, trial counsel are required to make exchanges twenty-eight days in advance of the Pretrial Conference and to <u>meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>.  However, in certain cases, more time may be necessary to prepare in light of the complexities of the case.

A Compliance Hearing is set to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**