Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
MOUNT, SPELMAN & FINGERMAN, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: 408.279.7000
Fax: 408.998.1473
Email: dmount@mount.com, gcherng@mount.com

Counsel for LOFTEK TECHNOLOGICAL CO. LLC; KRATONIX, INC.; LOFTKEY TECHNOLOGICAL CO., LLC; and YANG SHAO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CARDS AGAINST HUMANITY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LOFTEK TECHNOLOGICAL CO., LLC, KRATONIX, INC., LOFTKEY TECHNOLOGICAL CO., LLC, YANG SHAO, and TROY JAMES NOWAK,<br><br>Defendants. | Case No.  4:13-cv-00727-YGR<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date: September 10, 2013<br>Time: 2:00 p.m.<br>Judge: The Hon. Yvonne G. Rogers |

# NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Tuesday, September 10, 2013 at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Yvonne G. Rogers, United States District Judge, Courtroom 5, 2nd Floor, of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612, Daniel S. Mount and Jing H. Cherng of Mount, Spelman & Fingerman, P.C. shall and hereby does respectfully seek leave of this Court, pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Plaintiff Susan Simon.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local R. 11-5, Daniel S. Mount and Jing H. Cherng ("Movants") hereby notify the parties and the Court of their intent to withdraw as counsel for Defendants on the grounds that On Lu of Novak Druce Connolly Bove + Quigg LLP will now serve as counsel for Defendants. Cards Against Humanity does not oppose this motion. Movants also request that the Court decide this motion on the papers and waive oral argument.

Date: July 31, 2013                              /s/ Jing Hong Cherng
                                                Mount, Spelman & Fingerman, P.C.
                                                Counsel for

---

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**
CASE NO. 4:13-CV-00727-YGR

MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
408.279.7000