UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,** *et al.***,**<br><br>　　**Defendants.** | **Case No.: 13-CV-0727 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from November 18, 2013, to **Monday, February 10, 2014,** on the Court's 2:00 p.m. Calendar, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street, Oakland, California.

Further, the parties are advised that the Court may advance their trial date, currently set to commence on June 16, 2014.

**IT IS SO ORDERED**.

Date: November 12, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**