**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,** *et al.***,**<br><br>    Defendants. | **Case No.: 13-CV-0727 YGR**<br><br>**ORDER RE: ADMINISTRATIVE MOTION CONTINUING PRETRIAL DEADLINES** |

Now before the Court is an administrative motion to continue pretrial deadlines filed by Plaintiff Cards Against Humanity, LLC ("CAH") on December 10, 2013. (Dkt. No. 48 ("Administrative Motion").)  Defendants Kratonix, Inc., Loftek Technological Co., LLC, Loftkey Technological Co., LLC, and Yang Shao opposed the Administrative Motion on December 16, 2013. (Dkt. No. 52.)  Also pending, but not yet fully briefed, is CAH's motion for leave to file an amended complaint, which is set for hearing on January 17, 2014. (Dkt. Nos. 44, 47.)

The Administrative Motion seeks to modify the Court's Case Management and Pretrial Order, entered on July 25, 2013. (Dkt. No. 30 ("Scheduling Order").)  CAH seeks to extend (1) the deadline to amend the pleadings, and (2) the discovery cutoff and other pretrial dates, as well as the trial in this matter, by roughly two months.  CAH's reason for seeking these extensions is that CAH allegedly has only recently identified the existence of another putative defendant, as well as heretofore unknown alleged wrongdoing by Defendants. (Administrative Motion at 2-3; Dkt. No. 49 (Declaration of David C. Lee) ¶¶ 7, 10.)  CAH expresses concern about the upcoming February 7, 2014 deadline for the close of fact discovery. (Administrative Motion at 5.)

The Court **RESERVES** as to the pending Administrative Motion and will resolve it at the same time as the pending motion for leave to amend.

**IT IS SO ORDERED**.

Date: December  20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**