**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,** *et al.*,<br><br>    Defendants. | **Case No.: 13-CV-0727 YGR**<br><br>**ORDER RE: DISCOVERY LETTER BRIEF OF FEBRUARY 7, 2014** |

  On February 7, 2014, parties in the above-styled action filed a joint discovery letter brief pursuant to paragraph 8 of the undersigned Judge's Standing Order in Civil Cases. (Dkt. No. 83 ("Letter Brief"). In the Letter Brief, Plaintiff seeks relief in the form of an Order requiring Defendants Loftek Technological Co., LLC ("Loftek") and Loftkey Technological Co. LLC ("Loftkey"; collectively with Loftek, "Defendants") to designate an alternate witness or witnesses to testify on their behalf because Defendants' current corporate designee—Simon Luo, General Manager of Loftek International Trading Co., Limited—is a Chinese national who, Defendants represent, could not obtain visa approval in time to travel to the deposition noticed for January 30 and 31, 2014, in San Francisco, California. (*Id.* at 1, 2.)

  The Court **GRANTS** Plaintiff's request for relief. Plaintiff may notice a further deposition of Loftek, and of Loftkey, to occur in San Francisco, California, no earlier than Monday, March 3, 2014, but no later than the fact discovery cutoff in this matter, Wednesday, April 30, 2014. (*See*

1 Dkt. No. 80 (scheduling order).)  Upon proper notice, Defendants shall designate and prepare a
2 person or persons who will testify on their behalf, consistent with Federal Rule of Civil Procedure
3 30(b)(6).  Defendants shall designate a person who is available to appear *personally* in San
4 Francisco at the noticed date and time, and shall take all reasonable measures to apprise and
5 educate any designee such that the designee can discharge his or her duty to "testify about
6 information known or reasonably available to the organization."  Fed. R. Civ. P. 30(b)(6).  Failure
7 to comply with this Order may result in evidentiary and/or monetary sanctions.

This Order terminates Docket No. 83.

**IT IS SO ORDERED**.

Date: February 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**