**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,** *et al.***,**<br><br>    **Defendants.** | **Case No.: 13-CV-0727 YGR**<br><br>**ORDER RE: DISCOVERY LETTER BRIEF OF MARCH 12, 2014; ORDER TO SHOW CAUSE** |

On March 12, 2014, the parties in the above-styled action filed a joint discovery letter brief pursuant to paragraph 8 of the undersigned Judge's Standing Order in Civil Cases. (Dkt. No. 90 ("March 12 Letter"). In the March 12 Letter, Plaintiff seeks relief in the form of an Order "compelling Defendants to produce *all* QQChats they possess, and if necessary, to acquire them from Loftek International Trading Co., Ltd." (March 12 Letter at 3 (emphasis in original).) Plaintiff also requests sanctions, though it does not articulate a basis therefor with specificity.

The Court **ORDERS** as follows:

1. Plaintiff shall file a written response to Defendant's contentions concerning legal "control" as set forth on page 4 of the March 12 Letter. Plaintiff shall respond in the form of a letter brief and may attach pertinent exhibits, consistent with paragraph 8 of the Standing Order in Civil Cases.

2. In the same responsive letter brief, Plaintiff shall **SHOW CAUSE** why sanctions should not issue for its apparent violation of this Court's ADR Local Rule 6-12, paragraphs (a)(2) and (a)(3).

1    Plaintiff shall file its responsive letter brief no later than **Monday, March 17, 2014.** The
2 letter brief shall not exceed **four pages**, exclusive of any attached exhibits. Upon receipt of
3 Plaintiff's letter brief, the Court may order further briefing, a telephonic conference, a hearing,
4 and/or sanctions pursuant to either Plaintiff's request therefor or the instant Order to Show Cause.
5    This Order terminates Docket No. 90.
6    **IT IS SO ORDERED**.

8 Date: March 14, 2014                                    _____
                                                          **YVONNE GONZALEZ ROGERS**
                                                          **UNITED STATES DISTRICT COURT JUDGE**