United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,** | **Case No.: 13-CV-0727 YGR** |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSE** |
| v. | |
| **LOFTEK TECHNOLOGICAL CO., LLC,** *et al.*, | |
| Defendants. | |

The Court construes Defendants' letter of March 18, 2014 (Dkt. No. 93.), as a request to file a letter brief in response to Plaintiff's letter of March 17, 2014. Thus construed, the Court **GRANTS** Defendants' request. Defendants' responsive letter shall not exceed two pages in length. Defendants shall electronically file their responsive letter no later than **12:00 p.m. Pacific time on Thursday, March 20, 2014**.

**IT IS SO ORDERED**.

Date: March 19, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**