1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDS AGAINST HUMANITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOFTEK TECHNOLOGICAL CO., LLC, *et al.*, <br><br> Defendants. | Case No.: 13-CV-0727 YGR <br><br> ORDER: <br> 1) DENYING REQUEST FOR FURTHER BRIEFING; <br> 2) SEALING DOCUMENTS; <br> 3) REFERRING DISCLOSURE MATTER TO ADR MAGISTRATE JUDGE; AND <br> 4) REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE |

Now before the Court is a letter brief concerning a discovery dispute, filed March 12, 2014. (Dkt. No. 90 ("March 12 Letter Brief").)  The March 12 Letter Brief gives rise to two matters that require judicial intervention.  The first matter is the merits of the parties' discovery dispute.  The second is Plaintiff's potential violation of ADR Local Rule 6-12, which prohibits, among other things, disclosure of "anything that happened or was said . . . to the assigned judge" or "for any purpose, including impeachment, in any pending or future proceeding in this court."  ADR L.R. 6-12(a).  With respect to the latter issue, the undersigned Judge has been vigilant to ensure that she has been exposed only to the procedural aspect of the parties' dispute, not to the apparently confidential information.

To speed the resolution of these matters in light of the parties' April 8, 2014 deadline to file dispositive motions (*see* Dkt. No. 80 at 2), the Court issues the following four Orders:

1.    Plaintiff's request of March 20, 2014, seeking leave to file a further responsive letter (Dkt. No. 96), is DENIED WITHOUT PREJUDICE.

2.      The Clerk of the Court shall SEAL the following docket entries, which contain arguably confidential information disclosed at mediation: Dkt. Nos. 90, 92, 93, and 95.

3.      The matter of Plaintiff's possible violation of ADR Local Rule 6-12 is REFERRED to Magistrate Judge Maria-Elena James pursuant to her role as ADR Magistrate Judge.  *Cf.* ADR L.R. 2-4(c).  Whether and when to unseal the docket entries sealed pursuant to this Order shall be left to the discretion of Magistrate Judge James.

4.      The merits of the discovery dispute raised in the March 12 Letter Brief are REFERRED for random assignment to a Magistrate Judge.

This Order seals Dkt. Nos. 90, 92, 93, and 95.

IT IS SO ORDERED.

Date: March 25, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: MagRef Email; Magistrate Judge James

United States District Court
Northern District of California

2