UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARDS AGAINST HUMANITY, LLC, | No. C 13-00727 LB |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE THE PARTIES' MARCH 12, 2014 JOINT LETTER BRIEF** |
| v. | |
| LOFTEK TECHNOLOGICAL CO., LLC, et al., | [Re: ECF No. 90] |
| Defendants. | |

On March 25, 2014, the district court referred to the undersigned for resolution the discovery dispute that the parties described in their March 12, 2014 joint letter brief. *See* 3/12/2014 Letter, ECF No. 90; Referral Order, ECF No. 97. On April 1, 2014, the parties filed a stipulation notifying the district court that the parties have settled this action and asking the district court to enter a consent judgment in favor of Plaintiff and against Defendants. *See* Stipulation, ECF No. 99. In light of the parties representation that they have settled the action, the court finds the parties' discovery dispute to be moot. The court therefore **DENIES WITHOUT PREJUDICE** the parties' March 12, 2014 joint letter brief.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-00727 YGR (LB)
ORDER