**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **CARDS AGAINST HUMANITY, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**LOFTEK TECHNOLOGICAL CO., LLC,** *et al.*,<br><br>    **Defendants.** | **Case No.: 13-CV-0727 YGR**<br><br>**ORDER TO SHOW CAUSE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties are **ORDERED TO SHOW CAUSE** why the Court should not deny their joint request for entry of a consent judgment. (Dkt. No. 99) The proposed consent judgment leaves unclear the status of defendant Troy James Nowak, whose default was entered on June 28, 2013. (Dkt. No. 23.) Without clarification, the Court is disinclined to enter a partial judgment that leaves unresolved the rights and obligations of a single defaulted party.

The parties shall file a single, joint response to this Order to Show Cause no later than **Wednesday, April 16, 2014**. The Court shall set a hearing at a later date if necessary.

**IT IS SO ORDERED**.

Date: April 10, 2014

                                                    **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**